## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02397-RPM-MJW

DIANA ANDERSON,

      Plaintiff,

v.

ZWICKER & ASSOCIATES, P.C., a Massachusetts corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

November 15, 2010                    s/Richard P. Matsch
_____        _____
DATE                                      Richard P. Matsch, Senior District Judge